**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 302 EAL 2014
: 
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
: 
: 
: 
HERBERTO RODRIGUEZ, :
: 
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.